DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

QUENTIN Y. WASHINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1653

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed.  *See* § 775.084(3)(a)(6), Fla. Stat. (2007); Fla. R.

Crim. P. 3.800(a)(2); *Washington v. State,* 293 So. 3d 469 (Fla. 2d

DCA 2019) (table decision); *Greenlee v. State,* 591 So. 2d 310 (Fla.

2d DCA 1991); *Johnson v. State*, 917 So. 2d 1011 (Fla. 4th DCA 2006).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.